UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNAL REVENUE SERVICE (IRS) ET. AL.,<br><br>    Defendant. | Case No. 21-cv-02637-HSG<br><br>**ORDER DENYING DEFENDANT'S MOTIONS FOR LEAVE TO AMEND**<br><br>Re: Dkt. Nos. 36, 38, 39 |

On November 25, 2021, Plaintiff moved for leave to file an amended complaint. *See* Dkt. No. 36. On November 29, 2021, Plaintiff filed two additional motions, appearing to once again ask for leave to file an amended complaint and to continue any hearing until after leave to file an amended complaint is granted. *See* Dkt. Nos. 38, 39. Under the local civil rules for the Northern District of California, "any party filing or moving to file an amended pleading must reproduce the entire proposed pleading . . . ." Civil L.R. 10-1. In his motions, Plaintiff does not explain how he intends to amend his complaint, nor does he attach a proposed amended complaint. *See* Dkt. Nos. 36, 38, 39.

Defendant's motion to dismiss is also pending, *see* Dkt. No. 29, with that motion set to be heard on December 9, 2021. If necessary, the Court will address whether amendment is warranted in ruling on the motion to dismiss.

//

//

//

//

//

Accordingly, the Court **DENIES** without prejudice Plaintiff's motions (docket numbers 36, 38, and 39).

**IT IS SO ORDERED.**

Dated: 12/2/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge